UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JOEY CARMAN,

                        Plaintiff,

- against -

HUBBARD BROADCASTING, INC.

                        Defendant.

Docket No. 4:18-cv-1429

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Joey Carman ("Carman" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Hubbard Broadcasting Inc. ("Hubbard" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of comedian and actor Howie Mandel, owned and registered by Carman, professional photographer. Accordingly, Carman seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Missouri.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Carman is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 5776-D Lindero Canyon Road #375, Westlake Village, CA.

6. Upon information and belief, Hubbard is a foreign business corporation duly organized and existing under the laws of the State of Missouri, with a place of business at 11647 Olive Blvd., St. Louis, Missouri 63141. Upon information and belief Hubbard is registered with the Missouri Department of State Division of Corporations to do business in the State of Missouri. At all times material, hereto, Hubbard has owned and operated a website at the URL: http://kslx.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Carman photographed comedian and actor Howie Mandel (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Carman is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA2-108-378 and titled "06232016carmanhowiemandel010s3.jpg." See Exhibit B.

**B. Defendant's Infringing Activities**

10. Upon information and belief, on or about April 30, 2018, Hubbard ran an article on the Website titled *Howie Mandel Friday, May 18th Wild Horse Pass Hotel & Casino, Chandler, AZ.* See URL http://kslx.com/events_and_concerts/howie-mandel/. The article

prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11. Hubbard did not license the Photograph from Plaintiff for its article, nor did Hubbard have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST HUBBARD)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Hubbard infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Hubbard is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Hubbard be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       August 27, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Joey Carman*